**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00360-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. SYLVESTRE MARTINEZ,

    Defendant.

**ORDER GRANTING GOVERNMENT'S MOTION FOR
SENTENCE REDUCTION**

**Blackburn, J.**

The matter before me is the **Government's Motion For a Post-Sentencing Reduction Under the Provisions of Rule 35(b) Fed. R. Crim. P.** [#250][1] filed December 14, 2010. After careful review of the motion and the relevant record, I grant the motion because I find and conclude that under Fed. R. Crim. P. 35(b)(1), the motion is made within one year of sentencing, and the defendant provided substantial assistance after sentencing in investigating and prosecuting codefendant, Arturo Silva.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion For a Post-Sentencing Reduction Under the Provisions of Rule 35(b) Fed. R. Crim. P.** [#250] filed December 14, 2010, is **GRANTED**;

---

[1] "[#250]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That defendant's concurrent sentences to imprisonment are **REDUCED** by twenty-four (24) months from a total of eighty-four (84) months to a total term of sixty (60) months;

3.  That the **Judgment in a Criminal Case** [#151] entered May 25, 2010, **SHALL BE AMENDED AND SUPPLEMENTED** to the extent necessary to facilitate and implement these orders, but is otherwise ratified and reaffirmed;

4.  That a copy of this order shall be served on counsel for the government and the defendant and on the Bureau of Prisons.

Dated May 16, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge