IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00360-REB
(Civil Action No. 11-cv-01192-REB)

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

2. SYLVESTRE MARTINEZ,

    Defendant/Petitioner.

___

**JUDGMENT**
___

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Robert E. Blackburn, U.S. District Judge, the following Judgment is hereby entered:

It is ORDERED as follows:

1. That the "Motion for Time Reduction by Inmate in Federal Custody Under Title 28 U.S.C. § 2255" [#276], filed May 4, 2011, is denied; and

2. That the corresponding civil action is dismissed.


Dated at Denver, Colorado this   19th   day of May, 2011.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, CLERK


                              By:  s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk